The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NATIONAL ASSOCIATION OF CHAIN DRUG STORES; NATIONAL COMMUNITY PHARMACISTS ASSOCIATION, and the WASHINGTON STATE PHARMACY ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of United States Department of Health and Human Services, and ELIZABETH RICHTER, in her official capacity as Acting Adminitrator for the Centers for Medicare & Medicaid Services,<br><br>Defendants. | Case No. 2:21-cv-00576-RSM<br><br>DEFENDANTS' NON-OBJECTION TO STATE'S MOTION TO INTERVENE |

Defendants have no objection to the State's pending motion to intervene. Dkt. No. 11. Defendants echo the Plaintiffs' response (Dkt. No. 18), however, that because the parties have agreed that the case should be dismissed without prejudice and remanded to the agency, the State's motion is moot should the Court grant the parties' motion. *See* Joint Motion to Voluntary Remand, Dkt. No. 17.

NON-OBJECTION TO STATE'S MOTION TO INTERVENE
2:21-cv-00576-RSM - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

DATED this 12th day of July, 2021.

    Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*s/ Nickolas Bohl*
NICKOLAS BOHL, WSBA No. 48978
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: nickolas.bohl@usdoj.gov

NON-OBJECTION TO STATE'S MOTION TO INTERVENE
2:21-cv-00576-RSM - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970