The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NATIONAL ASSOCIATION OF CHAIN DRUG STORES, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, Secretary of Health and Human Services, *et al.*,<br><br>  Defendants. | Case No. 2:21-cv-00576-RSM<br><br>ORDER GRANTING JOINT MOTION FOR VOLUNTARY REMAND AND DISMISSAL WITHOUT PREJUDICE |

This matter came before the Court on the Parties' Joint Motion For Voluntary Remand and Dismissal Without Prejudice.  The Court has reviewed the Motion, as well as the documents on file, and is otherwise fully informed.

ORDER GRANTING JOINT MOTION FOR REMAND
2:21-cv-00576-RSM - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

  **IT IS ORDERED** that the Parties' Motion For Voluntary Remand and Dismissal Without Prejudice is **GRANTED**.

  **IT IS FURTHER ORDERED** that this matter is remanded back to the Centers for Medicare & Medicaid Services.

  **IT IS FURTHER ORDERED** that this matter is dismissed without prejudice with the parties to bear their own costs and fees.

  DATED this 12th day of July, 2021.

                _[signature]_
                RICARDO S. MARTINEZ
                CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

TESSA M. GORMAN
Acting United States Attorney

_s/ Nickolas Bohl_
NICKOLAS BOHL, WSBA #48978
Assistant United States Attorneys
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
phone:  206-553-7970
email: nickolas.bohl@usdoj.gov

//

//

//

ORDER GRANTING JOINT MOTION FOR REMAND
2:21-cv-00576-RSM - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1  SCHWABE, WILLIAMSON & WYATT, P.C.

2  *s/ Christopher H. Howard*
3  *s/ Molly J. Henry*
   Christopher H. Howard, WSBA #11074
4  choward@schwabe.com
   Molly J. Henry, WSBA #40818
5  mhenry@schwabe.com
   1420 5th Avenue, Suite 3400
6  Seattle, WA 98101-4010

7  *Counsel for Plaintiffs*

8

9  QUARLES & BRADY, LLP

10 *s/ Mark Q. Bina*
   Mark W. Bina (IL Bar # 6288024)
11 300 N. LaSalle Street, Suite 4000
   Chicago, IL 60654
12 Email: Mark.Bina@Quarles.com

13
   *Pro Hac Vice Attorneys for Plaintiffs*
14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING JOINT MOTION FOR REMAND
2:21-cv-00576-RSM - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970